UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ZACHARY MULHOLLAND, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 1:12-CV-01502 SEB-MJD ) |
| MARION COUNTY ELECTION BOARD, | ) ) ) |
| Defendant. | ) ) |

### FINAL JUDGMENT

The parties, having filed their Stipulation to Enter Agreed Judgment and the Court having read the Stipulation, and being duly advised, finds that good cause exists to enter it as the final judgment in this case, and,

IT IS THEREFORE ORDERED that final judgment in this case is entered as follows:

1. Indiana Code § 3-14-1-2(a)(2) and (3) shall not be enforced against plaintiff or others.

2. The September 13, 2012 Order of the Marion County Election Board concerning Mr. Mulholland is vacated and the Marion County Election Board agrees that it shall not hold any further hearings concerning the 2012 Primary Election and Mr. Mulholland.

 11/17/2014
Date

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

cc:   All ECF-registered counsel of record